PROB 12B
(7/93)

Report Date: May 5, 2009

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 7 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender:  Brandy Mae Brown          Case Number: 2:06CR02019-002

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 7/19/2006          Type of Supervision: Supervised Release

Original Offense: Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 & 2          Date Supervision Commenced: 12/11/2007

Original Sentence: Prison - 24 Months; TSR - 36 Months          Date Supervision Expires: 12/10/2010

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall complete 20 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 9/1/2010.

### CAUSE

Within the past year, Ms. Brown has been cited on seven occasions for traffic violations, an obstruction of a public officer, and a harassment charge that was dismissed. Four of the traffic violations are still pending. These citations include: third degree driving while license suspended, operating a motor vehicle without insurance, and speeding. Ms. Brown has acknowledged this has become an ongoing problem. At the same time, she claims she has no other way of getting to and from work. Ms. Brown is currently working full-time at the Shell gas station in Selah, Washington. Ms. Brown is currently on temporary suspension from her part-time employment at Albertson's grocery store in Yakima, Washington, for not reporting a co-worker of taking videos from the store without paying.

In order to address the above-noted issues, Ms. Brown is in the process of getting signed up for the re-licensing program. She has also agreed to perform 20 hours of community service at a local nonprofit organization.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   5/5/09

Jose Zepeda
U.S. Probation Officer

Prob 12B
Re: Brown, Brandy Mae
May 5, 2009
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*Fred Van Sickle*
Signature of Judicial Officer

May 7, 2009
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 7 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20  You shall complete 20 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 9/1/2010.

Witness: _____          Signed: _____
           Jose Zepeda                                Brandy Mae Brown
           U.S. Probation Officer                     Probationer or Supervised Releasee

_____
May 1, 2009
Date