PROB 12B
(7/93)

Report Date: October 9, 2009

**United States District Court**

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2009

JAMES R. LARSEN, CLERK
DEPUTY
RICHLAND, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Brandy Mae Brown

Case Number: 2:06CR02019-002

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 7/19/2006

Type of Supervision: Supervised Release

Original Offense: Conspiracy and Aiding and Abetting , 18 U.S.C. §§ 371 & 2

Date Supervision Commenced: 12/11/2007

Original Sentence: Prison - 24 Months;
TSR - 36 Months

Date Supervision Expires: 12/10/2010

---

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

21 You shall complete 30 hours of community service work, at the rate of not less than 8 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than March 1, 2010.

**CAUSE**

On May 5, 2009, a request for modifying conditions of supervision was submitted to the Court requesting Ms. Brown perform 20 hours of community service. This request was due to Ms. Brown having been cited on seven occasions for traffic violations, an obstruction of a public officer, and a harassment charge that was dismissed. On September 10, 2009, Ms. Brown completed her community service hours.

On May 17, 2009, Ms. Brown was charged with shoplifting, Yakima Municipal Court cause number G00067401. On September 21, 2009, Mr. Brown plead guilty to these charges and was sentenced to 364 days jail, with 362 days suspended, and $643 financial obligation.

Ms. Brown has been unemployed for nearly 2 months. However, she has been called back to work at the Shell gas station in Selah, Washington. Ms. Brown has also enrolled in the re-licensing program.

Ms. Brown has also agreed to perform 30 hours of community service at a local nonprofit organization as a consequence for her shoplifting charge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 9, 2009

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Oct 15, 2009

Date

PROB 49
(3/89)

# United States District Court

## Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21 You shall complete 30 hours of community service work, at the rate of not less than 8 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 3/1/10.

Witness: Jose Zepeda, U.S. Probation Officer

Signed: Brandy Mae Brown, Probationer or Supervised Releasee

October 8, 2009
Date