PROB 12B
(7/93)

Report Date: September 3, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 07 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brandy Mae Brown       Case Number: 2:06CR02019-002

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 7/19/2006       Type of Supervision: Supervised Release

Original Offense: Conspiracy and Aiding and Abetting, 18 U.S.C. §§ 371 & 2       Date Supervision Commenced: 12/11/2007

Original Sentence: Prison - 24 Months; TSR - 36 Months       Date Supervision Expires: 12/10/2010

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall complete 20 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than November 15, 2010.

### CAUSE

On May 5, 2009, a request for modifying conditions of supervision was submitted to the Court requesting Ms. Brown perform 20 hours of community service. This request was due to Ms. Brown having been cited on seven occasions for traffic violations, an obstruction of a public officer, and a harassment charge that was dismissed.

On October 9, 2009, a second request for modifying conditions of supervision was submitted to the Court requesting Ms. Brown perform 30 hours of community service. This request was due to Ms. Brown having been charged with shoplifting, Yakima Municipal Court cause number G00067401.

On March 10, April 9, and June 2, 2010, Ms. Brown was cited for speeding 10 miles per hour over the limit. On July 31, 2010, Ms. Brown was again cited for speeding 5 miles per hour over the limit. This officer has lectured Ms. Brown regarding her need to abide by the traffic laws. Ms. Brown recognizes the need slow down and how much this is costing her in fines.

Ms. Brown is currently working full-time at the In and Out Mini Mart, in Yakima, Washington. With the exception of the above noted traffic violations, her compliance with supervision is moderate. Ms. Brown has agreed to perform an additional 20 hours of community service at a local nonprofit organization as a consequence for her traffic violations to be completed by November 15, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/03/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

September 7, 2010
Date